# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
### Sherman Division

| | |
|---|---|
| **ROUND ROCK RESEARCH, LLC** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:11cv332 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **ORACLE CORPORATION and** ) | |
| **DELL, INC.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE THAT CASE IS READY FOR SCHEDULING CONFERENCE

Pursuant to the Court's Order dated June 10, 2011 (Dkt. 7), Plaintiff hereby notifies the Court that the above identified case is ready for scheduling conference.

1. On August 15, 2011, Defendants Oracle Corporation and Dell, Inc., each filed a 12(b)(6) motion to dismiss (Dkt. 25 and Dkt. 22, respectively), which are pending before the Court.  There are no motions to transfer, and there are no related cases previously filed in the District.

2. This case is now ready for a Scheduling Conference.

DATED: August 17, 2011

                                                Respectfully submitted,

                                              By: */s/ Paul A. Bondor*
                                                   Paul A. Bondor
                                                   pbondor@desmaraisllp.com
                                                   Lead Attorney
                                              Jonas R. McDavit
                                              jmcdavit@desmaraisllp.com
                                              DESMARAIS LLP
                                              230 Park Avenue
                                              New York, NY 10169
                                              (212) 351-3400 (Telephone)

(212) 351-3401 (Facsimile)

*Lead Counsel for Plaintiff*
*Round Rock Research, LLC*

And

By: */s/ James C. Tidwell*
    James C. Tidwell
    Texas State Bar No. 20020100

WOLFE, TIDWELL & MCCOY, LLP
320 North Travis Street, Suite 205
Sherman, TX 75090
(903) 868-1933 (Telephone)
(903) 892-2397 (Facsimile)

*Local Counsel for Plaintiff*
*Round Rock Research, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 17, 2011, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

    */s/ James C. Tidwell*
    James C. Tidwell