# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 2 2 2011
DAVID J. MALAND, CLERK
BY
DEPUTY

1. This application is being made for the following: Case # 4:11cv332
Style: Round Rock Research, LLC v. Oracle Corporation, et al.
2. Applicant is representing the following party: Oracle Corporation.
3. Applicant was admitted to practice in California on June 2, 2004.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Supreme Court of California; U.S. District Court for the Northern District of California.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Carrie L. Williamson, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 8/17/11        Signature: *Carrie Williamson*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name: Carrie L. Williamson

State Bar Number: CA 230873

Firm Name: DLA Piper LLP (US)

Address: 2000 University Avenue

City/State/Zip: East Palo Alto, CA 94303-2248

Telephone #: (650) 833-2044

Fax #: (650) 833-2001

E-mail Address: carrie.williamson@dlapiper.com

Secondary E-Mail Address: christine.kunis@dlapiper.com

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court on: 8/22/2011

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

WEST\223838776.1