## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ROUND ROCK RESEARCH LLC, | |
| Plaintiff | Civil Action No. 4:11CV332 |
| v. | |
| ORACLE CORPORATION and DELL, INC., | |
| Defendants. | |
| | JURY TRIAL DEMANDED |

## DEFENDANT ORACLE CORPORATION'S
## UNOPPOSED MOTION TO EXTEND DEADLINES

Defendant Oracle Corporation ("Oracle") files this Unopposed Motion to Extend

Deadlines.

Oracle has requested, and Plaintiff has agreed to an extension of the Oracle's date to

answer or otherwise respond to Plaintiff's Second Amended Complaint up to and including

December 30, 2011.  This request is not made for purposes of delay or for any other improper

purpose.

Plaintiff has requested, and Oracle has agreed to an extension of Plaintiff's date to serve

its Disclosures of Asserted Claims and Infringement Contentions pursuant to Patent Rules 3-1

and 3-2 up to and including January 23, 2012.  This request is not made for purposes of delay or

for any other improper purpose.

By this motion, neither Oracle nor Plaintiff are moving the Court to change the date of

the January 5, 2012 Scheduling Conference or modify any other deadlines set forth in the Court's

November 7, 2011 Order to Meet, Report, And Appear At Scheduling Conference (D.I. 42), with

the exception of the deadline for Plaintiff to serve its Patent Rule 3-1 and 3-2 Disclosures with respect to Oracle only.

WHEREFORE, PREMISES CONSIDERED, Oracle prays that the Court enter an order (1) extending Oracle's time to answer, plead, or otherwise respond to Plaintiff's Second Amended Complaint in the above styled and numbered cause to December 30, 2011 and (2) extending Plaintiff's time to serve its Disclosures of Asserted Claims and Infringement Contentions pursuant to Patent Rules 3-1 and 3-2 to January 23, 2012.

Respectfully submitted,

Dated:  November 23, 2011

By:  /s/ John M. Guaragna
    Clyde M. Siebman
    Siebman, Burg, Philips & Smith, LLP
    Federal Courthouse Square
    300 North Travis Street
    Sherman, TX 75090
    Tel: (903) 870.0070
    Fax: (903) 870.0066

    John M. Guaragna (Bar No. 24043308)
    Aaron Fountain (Bar No. 24050619)
    **DLA PIPER LLP (US)**
    401 Congress Avenue, Suite 2500
    Austin, TX 78701-3799
    Tel: (512) 457.7000
    Fax: (512) 457.7001

    **Attorneys for Defendant**
    **ORACLE CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of November 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel

WEST\225461452.1

of record will be served by a facsimile transmission and/or first class mail.

/s/ John M. Guaragna
John M. Guaragna

## CERTIFICATE OF CONFERENCE

Counsel for the Oracle has conferred with Plaintiff's counsel, and Plaintiff has agreed to the relief sought in this motion.

*/s/ John M. Guaragna*
John M. Guaragna