IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| **ROUND ROCK RESEARCH, LLC** ) | |
| ) | |
| Plaintiff, ) | No. 4:11-CV-332-MHS-ALM |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **ORACLE CORPORATION and** ) | |
| **DELL, INC.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DISMISSAL OF ORACLE CORPORATION**

Round Rock Research, LLC and Oracle Corporation, having resolved the issues in dispute through a settlement and license agreement, NOW COMES the Plaintiff, Round Rock Research, LLC, by its attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notices this Honorable Court that Round Rock Research, LLC dismisses its Complaint for Patent Infringement against Oracle Corporation with prejudice.

Dated:  December 23, 2011               Respectfully submitted,

By: */s/ Jonas R. McDavit*
    Jonas R. McDavit
    jmcdavit@desmaraisllp.com

Paul A. Bondor
pbondor@desmaraisllp.com
Lead Attorney
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Lead Counsel for Plaintiff*

1

2

*Round Rock Research, LLC*

And

By: */s/ James C. Tidwell*  
    James C. Tidwell  
    Texas State Bar No. 20020100

WOLFE, TIDWELL & MCCOY, LLP  
320 North Travis Street, Suite 205  
Sherman, TX 75090  
(903) 868-1933 (Telephone)  
(903) 892-2397 (Facsimile)

*Local Counsel for Plaintiff*  
*Round Rock Research, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email the 23rd day of December, 2011.

*/s/ Jonas R. McDavit*
Jonas R. McDavit