## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 1/5/2012

| | |
|---|---|
| **MAGISTRATE JUDGE** | **COURT REPORTER:** D. Maxwell |
| **Amos L. Mazzant** | **COURTROOM DEPUTY:** Debbie McCord |

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC<br>VS<br>ORACLE CORP., ET AL | CAUSE NO: **4:11CV332** |

| | |
|---|---|
| For Plaintiff: Paul Bondor, Jonas McDavit, James Tidwell | For Defendants: Deren Dacus, Rod Thompson, Mark Vocel |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: SCHEDULING CONFERENCE |
|---|---|
| 10:01 am | Court called case, noting appearance of counsel, shown above. Mr. Bondor first addressed the Court with brief synopsis of case. |
| 10:07 am | Response by Mr. Dacus. |
| 10:11 am | Court and counsel proceed through case management report, with counsel positions. |
| 10:54 am | Court will enter scheduling order. Court in recess. |

**DAVID J. MALAND, CLERK**

BY:     Debbie McCord
        Courtroom Deputy Clerk