# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC | § § § | |
| v. | § § | Case No. 4:11-CV-332 |
| | § | Judge Schneider/Judge Mazzant |
| ORACLE CORPORATION and DELL, INC. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 27, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Round Rock Research's Motion for Reconsideration of the Court's November 21, 2011 Memorandum Adopting Report and Recommendation of the United States Magistrate Judge (Dkt. #59) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Round Rock Research's Motion for Reconsideration of the Court's November 21, 2011 Memorandum Adopting Report and

Recommendation of the United States Magistrate Judge (Dkt. #59) is **GRANTED.**

**It is SO ORDERED.**

**SIGNED this 25th day of January, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE