# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC | § | |
| | § | |
| V. | § | CASE NO. 4:11CV332 |
| | § | (Judge Clark/Judge Mazzant) |
| ORACLE CORPORATION and DELL, INC. | § | |

## ORDER

The parties are directed to meet and confer and submit a Joint Protective Order based upon the Court's prior rulings. The Joint Protective Order shall be submitted via electronic filing no later than 12:00 p.m. on May 25, 2012.

**IT IS SO ORDERED.**
**SIGNED this 18th day of May, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE