IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ROUND ROCK RESEARCH, LLC** | § | Civil Action No. 4:11-cv-332-RC-ALM |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Jury Trial Requested |
| **DELL INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Dell Inc.'s Motion to Stay its Obligation to Produce its Confidential Documents to Desmarais LLP Pending Final Adjudication of Dell's Objections to and Motion for Reconsideration of the Magistrate Judge's May 7, 2012 Order ("Motion to Stay") is hereby GRANTED. It is hereby ordered that Dell's obligation to produce its confidential documents to Desmarais LLP is stayed pending final adjudication of Dell's objections to and motion for reconsideration of the Magistrate Judge's May 7, 2012 Order.

**SIGNED** this 5th day of June, 2012.

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE